# United States Court of Appeals
## For the First Circuit

---

No. 06-1158

UNITED STATES OF AMERICA,

Appellee,

v.

MARCOS COELHO,

Defendant, Appellant.

---

ERRATA

The Opinion issued on January 12, 2007 is amended as follows:


Page 3, Line 15, should read "conviction for a crime of violence, i.e., statutory rape, for which he received a 16-level enhancement under U.S.S.G."